UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Deborah D. Fletcher, )
)
Plaintiff, )
) Case: 1:17-cv-00693 (F-Deck)
v. ) Assigned To : Unassigned
) Assign. Date : 4/18/2017
Albert Einstein Medical Center, ) Description: Pro Se Gen. Civil
)
)
Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP). Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff purports to sue the Albert Einstein Medical Center in Philadelphia, Pennsylvania, for "Malpractice-Professional." Compl. at 1. She alleges verbatim:

> Early May 7, 1969, plaintiff went into labor and it was a beach birth with a C-Section. They gave plaintiff the wrong baby, at birth. They gave her a boy with hair on his head. Plaintiff final discover, after many years had pass-by, that she gave birth to five infant girls and not a boy. Plaintiff also discover that the infant boy turn into a grow man at night where he continue rape that mother and took her babies and sold their body parts.

Compl. at 2. Plaintiff seeks $50 billion in monetary relief.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25,

1

33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard; therefore, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

Date: April 7, 2017

/s/ J. Rosberg
United States District Judge